# Exhibit "G"

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Amendment to Allege Use
# (15 U.S.C. Section 1051(c))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98043117 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | [mark](mark) |
| **LITERAL ELEMENT** | LA GOLF CLUB |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| **NAME** | LA Golf Partners |
| **MAILING ADDRESS** | 4992 E Hunter Avenue |
| **CITY** | Anaheim |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 92807 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Kenneth L. Wilton |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | kwilton@seyfarth.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | CHIIPDocket@seyfarth.com; jzwisler@seyfarth.com |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | Club services, namely, promoting the interests of golf enthusiasts; On-line retail store services featuring clothing and sporting goods; Retail store services featuring clothing and sporting goods |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | On-line retail store services featuring clothing and sporting goods; Retail store services featuring clothing and sporting goods |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Club services, namely, promoting the interests of golf enthusiasts |
| **FIRST USE ANYWHERE DATE** | 05/01/2022 |

| | |
|---|---|
| **FIRST USE IN COMMERCE DATE** | 05/01/2022 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-205219718-2024101116 4945598014_._LAGOLF_CLUB_ Specimen.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0007.JPG |
| **SPECIMEN DESCRIPTION** | The mark as shown on a pamphlet for prospective club members advertising the services. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Conducting workshops and seminars in the field of golf; Entertainment in the nature of golf tournaments; Golf club services; Golf driving range services; Golf instruction; Providing golf facilities; Rental of golf equipment; Night club services; Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | Conducting workshops and seminars in the field of golf; Entertainment in the nature of golf tournaments; Golf club services; Golf driving range services |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Golf club services; Golf instruction; Providing golf facilities; Rental of golf equipment; Night club services; Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members |
| **FIRST USE ANYWHERE DATE** | 05/01/2022 |
| **FIRST USE IN COMMERCE DATE** | 05/01/2022 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-205219718-2024101116 4945598014_._LAGOLF_CLUB_ Specimen.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ AAU0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\ |

| | |
|---|---|
| | AAU0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0013.JPG |
| **SPECIMEN DESCRIPTION** | The mark as shown on a pamphlet for prospective club members advertising the services. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 043 |
| **CURRENT IDENTIFICATION** | Bar and cocktail lounge services; Provision of conference, exhibition and meeting facilities; Temporary accommodation reservations |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 05/01/2022 |
| **FIRST USE IN COMMERCE DATE** | 05/01/2022 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN2-205219718-2024101116 4945598014_._LAGOLF_CLUB_Specimen.pdf |
| **CONVERTED PDF FILE(S)**<br>**(6 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\431\98043117\xml7\AAU0019.JPG |
| **SPECIMEN DESCRIPTION** | The mark as shown on a pamphlet for prospective club members advertising the services. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 3 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 300 |
| **TOTAL AMOUNT** | 300 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Reed Dickens/ |
| **SIGNATORY'S NAME** | Reed Dickens |

| | |
|---|---|
| **SIGNATORY'S POSITION** | CEO |
| **DATE SIGNED** | 10/14/2024 |
| **SIGNATORY'S PHONE NUMBER** | 310-963-9168 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Oct 14 22:43:06 ET 2024 |
| **TEAS STAMP** | USPTO/AAU-XXX.XXX.XX.X-20 24101422430689783 1-980431 17-850cf8638343396ede7e7d 94b53bec75abe6635753310dc db668cabae3810507d-DA-430 68427-20241014141302162227 |

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:
**MARK:** LA GOLF CLUB(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98043117/large)
**SERIAL NUMBER:** 98043117

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
LA Golf Partners, having an address of
    4992 E Hunter Avenue
    Anaheim, California 92807
    United States
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 035:
Current identification: Club services, namely, promoting the interests of golf enthusiasts; On-line retail store services featuring clothing and sporting goods; Retail store services featuring clothing and sporting goods

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** On-line retail store services featuring clothing and sporting goods; Retail store services featuring clothing and sporting goods

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Club services, namely, promoting the interests of golf enthusiasts
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/01/2022, and first used in commerce at least as early as 05/01/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) The mark as shown on a pamphlet for prospective club members advertising the services..

**Original PDF file:**
SPN0-205219718-2024101116 4945598014 _. LAGOLF_CLUB_ Specimen.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

Webpage URL: None Provided
Webpage Date of Access: None Provided

For International Class 041:
Current identification: Conducting workshops and seminars in the field of golf; Entertainment in the nature of golf tournaments; Golf club services; Golf driving range services; Golf instruction; Providing golf facilities; Rental of golf equipment; Night club services; Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** Conducting workshops and seminars in the field of golf; Entertainment in the nature of golf tournaments; Golf club services; Golf driving range services

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Golf club services; Golf instruction; Providing golf facilities; Rental of golf equipment; Night club services; Social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/01/2022, and first used in commerce at least as early as 05/01/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) The mark as shown on a pamphlet for prospective club members advertising the services..

**Original PDF file:**
SPN1-205219718-2024101116 4945598014 _._LAGOLF_CLUB__Specimen.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6


Webpage URL: None Provided
Webpage Date of Access: None Provided

For International Class 043:
Current identification: Bar and cocktail lounge services; Provision of conference, exhibition and meeting facilities; Temporary accommodation reservations

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/01/2022, and first used in commerce at least as early as 05/01/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) The mark as shown on a pamphlet for prospective club members advertising the services..

**Original PDF file:**
SPN2-205219718-2024101116 4945598014 _._LAGOLF_CLUB__Specimen.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6


Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information**
   Kenneth L. Wilton
   PRIMARY EMAIL FOR CORRESPONDENCE: kwilton@seyfarth.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): CHIIPDocket@seyfarth.com; jzwisler@seyfarth.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $300 will be submitted with the form, representing payment for the allegation of use for 3 classes.

**Declaration**

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Reed Dickens/     Date Signed: 10/14/2024
Signatory's Name: Reed Dickens
Signatory's Position: CEO
Signatory's Phone: 310-963-9168
Signature method: Sent to third party for signature

PAYMENT: 98043117
PAYMENT DATE: 10/15/2024

Serial Number: 98043117
Internet Transmission Date: Mon Oct 14 22:43:06 ET 2024
TEAS Stamp: USPTO/AAU-XXX.XXX.XX.X-20241014224306897
831-98043117-850cf8638343396ede7e7d94b53
bec75abe6635753310dcdb668cabae3810507d-D
A-43068427-20241014141302162227

# LA GOLF
## CLUB

*/el ā/ /gôlf/ /klub/*

1. :a private membership club where you can work, putt, and lounge by day or host on our discreet rooftop by night

2. :a putting lab for fittings, instructions, and gaming

3. :a co-working space with open seating, conference room, or private office options





# WORK

+ Reserve conference room for Board or management meetings
+ Use of guest office for conference calls or quiet work space
+ Access to open seating at our booths, high top tables, or bar for co-working space anytime of day



# PUTT

+ Develop a personalized training regime with our certified putting coach*
+ Your personal PUTTR profile will track your games and progress with every putt
+ Compete with your friends on our gamified putting lanes
+ Compete in our monthly putting tournaments



# PLAY

+ Host poker night or watch the big game in the media room
+ Have a drink at the bar while you watch golf
+ Enjoy a cigar under the stars on the LA Golf rooftop

* Putting coach specializes in holistic approach to putting: mindset, breathing, posture, mechanics, and equipment.

# LA GOLF
## FOUNDING MEMBER PERKS

+ **Private Locker:** Conveniently store your bottles, cigars, or cash
+ **LA Golf Putter:** Gifted to your one new member referral after sign-up
+ **LA Golf Driver Shaft:** Gifted to your one new member referral after sign-up
+ **Exclusive Swag:** Exclusive access to new balls, hats, shirts and accesories that you can only get through the LA Golf Club.
+ **Complimentary drinks + apps:** For you and your guests to enjoy
+ **One Event Credit:** Each member can shut down the club once a year subject to availability.*
+ **LA Golf Lifestyle Concierge:** For booking golf travel, golf tee times, golf tournaments, golf-related gifts, and exclusive experiences





### Fees

| | |
|---|---|
| $5K one-time founder fee | Drinks and apps are complimentary for you and up to 2 guests to enjoy |
| $5K annual dues | Members cover hard costs for larger groups |

*Cost to reserve the club for private parties is $10K/night, you will receive one evening as a credit with membership, after that you will receive 50% off any additional nights.

## LA GOLF CONCIERGE

 **Private Jet Reservations**

 **Travel Accommodations**

 **Dining Reservations & Private Chefs**

 **Exclusive Access to Tickets & Events**

 **Golf Travel / Tee Time Bookings**

*LA Golf Concierge powered by Element, the leading global lifestyle concierge company (Element memberships typically begin at $50K)



# DAY

Conference Room

Putting Lanes

Guest Office

Bar



# NIGHT

Bar

Putting

Media Room

Great For Events

Rooftop Cigar Lounge







## CONTACT US

**Erin Cullen**
501 S Beverly Dr. Suite 100
Beverly Hills, CA 90212
erin@lagolfpartners.com
c. 310-418-0625

# LA GOLF
## CLUB

*/el ā/ /gôlf/ /klub/*

1. :a private membership club where you can work, putt, and lounge by day or host on our discreet rooftop by night

2. :a putting lab for fittings, instructions, and gaming

3. :a co-working space with open seating, conference room, or private office options





# WORK

+ Reserve conference room for Board or management meetings
+ Use of guest office for conference calls or quiet work space
+ Access to open seating at our booths, high top tables, or bar for co-working space anytime of day



# PUTT

+ Develop a personalized training regime with our certified putting coach*
+ Your personal PUTTR profile will track your games and progress with every putt
+ Compete with your friends on our gamified putting lanes
+ Compete in our monthly putting tournaments



# PLAY

+ Host poker night or watch the big game in the media room
+ Have a drink at the bar while you watch golf
+ Enjoy a cigar under the stars on the LA Golf rooftop

* Putting coach specializes in holistic approach to putting: mindset, breathing, posture, mechanics, and equipment.



# LA GOLF
## FOUNDING MEMBER PERKS

+ **Private Locker:** Conveniently store your bottles, cigars, or cash
+ **LA Golf Putter:** Gifted to your one new member referral after sign-up
+ **LA Golf Driver Shaft:** Gifted to your one new member referral after sign-up
+ **Exclusive Swag:** Exclusive access to new balls, hats, shirts and accesories that you can only get through the LA Golf Club.
+ **Complimentary drinks + apps:** For you and your guests to enjoy
+ **One Event Credit:** Each member can shut down the club once a year subject to availability.*
+ **LA Golf Lifestyle Concierge:** For booking golf travel, golf tee times, golf tournaments, golf-related gifts, and exclusive experiences



## LA GOLF CONCIERGE

 **Private Jet Reservations**

 **Travel Accommodations**

 **Dining Reservations & Private Chefs**

 **Exclusive Access to Tickets & Events**

 **Golf Travel / Tee Time Bookings**

*LA Golf Concierge powered by Element, the leading global lifestyle concierge company (Element memberships typically begin at $50K)

### Fees

| | |
|---|---|
| + $5K one-time founder fee | + Drinks and apps are complimentary for you and up to 2 guests to enjoy |
| + $5K annual dues | + Members cover hard costs for larger groups |

*Cost to reserve the club for private parties is $10K/night, you will receive one evening as a credit with membership, after that you will receive 50% off any additional nights.



## DAY

Conference Room

Putting Lanes

Guest Office

Bar



## NIGHT

Bar

Putting

Media Room

Great For Events

Rooftop Cigar Lounge







## CONTACT US

**Erin Cullen**
501 S Beverly Dr. Suite 100
Beverly Hills, CA 90212
erin@lagolfpartners.com
c. 310-418-0625

# LA GOLF
## CLUB

*/el ā/ /gôlf/ /klub/*

1. :a private membership club where you can work, putt, and lounge by day or host on our discreet rooftop by night

2. :a putting lab for fittings, instructions, and gaming

3. :a co-working space with open seating, conference room, or private office options





# WORK

+ Reserve conference room for Board or management meetings
+ Use of guest office for conference calls or quiet work space
+ Access to open seating at our booths, high top tables, or bar for co-working space anytime of day



# PUTT

+ Develop a personalized training regime with our certified putting coach*
+ Your personal PUTTR profile will track your games and progress with every putt
+ Compete with your friends on our gamified putting lanes
+ Compete in our monthly putting tournaments



# PLAY

+ Host poker night or watch the big game in the media room
+ Have a drink at the bar while you watch golf
+ Enjoy a cigar under the stars on the LA Golf rooftop

* Putting coach specializes in holistic approach to putting: mindset, breathing, posture, mechanics, and equipment.

# LA GOLF
## FOUNDING MEMBER PERKS

+ **Private Locker:** Conveniently store your bottles, cigars, or cash

+ **LA Golf Putter:** Gifted to your one new member referral after sign-up

+ **LA Golf Driver Shaft:** Gifted to your one new member referral after sign-up

+ **Exclusive Swag:** Exclusive access to new balls, hats, shirts and accesories that you can only get through the LA Golf Club.

+ **Complimentary drinks + apps:** For you and your guests to enjoy

+ **One Event Credit:** Each member can shut down the club once a year subject to availability.*

+ **LA Golf Lifestyle Concierge:** For booking golf travel, golf tee times, golf tournaments, golf-related gifts, and exclusive experiences





## LA GOLF CONCIERGE

 **Private Jet Reservations**

 **Travel Accommodations**

 **Dining Reservations & Private Chefs**

 **Exclusive Access to Tickets & Events**

 **Golf Travel / Tee Time Bookings**

**Fees**

| | |
|---|---|
| $5K one-time founder fee | Drinks and apps are complimentary for you and up to 2 guests to enjoy |
| $5K annual dues | Members cover hard costs for larger groups |

*Cost to reserve the club for private parties is $10K/night, you will receive one evening as a credit with membership, after that you will receive 50% off any additional nights.

*LA Golf Concierge powered by Element, the leading global lifestyle concierge company (Element memberships typically begin at $50K)



# DAY

Conference Room

Putting Lanes

Guest Office

Bar



# NIGHT

Bar

Putting

Media Room

Great For Events

Rooftop Cigar Lounge







## CONTACT US

**Erin Cullen**
501 S Beverly Dr. Suite 100
Beverly Hills, CA 90212
erin@lagolfpartners.com
c. 310-418-0625