IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TGL GOLF HOLDINGS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LA GOLF PARTNERS, LLC,**<br><br>*Defendant.* | **Case No. 1:25-cv-00011-JDW** |

### ORDER

**AND NOW**, this 9th day of June, 2025, upon consideration of Defendant Golf Partners, LLC's Motion To Dismiss Or, Alternatively, Transfer Venue (D.I. 13), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and TGL's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.